UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIE BAKER ) | Civil No. 09-1518 BTM   (NLS) |
| ) | |
| Plaintiff, ) | ORDER DENYING WITHOUT |
| v. ) | PREJUDICE MOTION TO ENFORCE |
| ) | SETTLEMENT AGREEMENT |
| SRS & ASSOCIATES, INC. ) | |
| ) | [Docket No. 7.] |
| Defendants. ) | |
| ) | |

On December 28, 2009, Plaintiff filed a Motion to Enforce Settlement Agreement. [Docket No. 7.] Defendant has not appeared in this action and Plaintiff did not file a proof of service or any other indication that Defendant has been served with the Motion. Based on the lack of proof of service, and the scant evidence presented, It Is Hereby Ordered that the Motion to Enforce Settlement is Denied without Prejudice.

IT IS SO ORDERED.

DATED: January 20, 2010

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge